IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

DARRELL HORRY,                                   )
                                                 )
  Plaintiff- Appellant,                          )
                                                 ) CASE NO.  1:23-cv-53
V.                                               )
                                                 ) Appeal No. 23-12363-H
UNITED STATES OF AMERICA,                        )
                                                 )
                                                 )
  Defendant - Appellee.                          )

ORDER

The appeal in the above-styled action having been dismissed for want of

prosecution by the United States Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the United States Court of Appeals

for the Eleventh Circuit is made the Order of this Court.

SO ORDERED, this _____30th_____ day of October, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA