IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

DARREL HORRY,                        )
                                     )
        Petitioner-Appellant,        )
                                     )      Case No.: CV 123-053
vs.                                  )
                                     )      Appeal No.: 23-12363
UNITED STATES OF AMERICA,            )
et al.,                              )
                                     )
        Respondents-Appellees.       )

## O R D E R

The motion of appellant for a certificate of appealability having been denied and the motion of appellant for leave to proceed *in forma pauperis* having been denied as moot in the above-styled action by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this _____28th_____ day of March 2024.

_____
HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA